IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHARLES FRANK WILLIAMS, #12936-018                                          PETITIONER

VS.                                                                        CIVIL ACTION NO.  5:04cv91-DCB-JCS

CONSTANCE REESE, WARDEN[1]                                                  RESPONDENT

ORDER

    This matter is before the Court on the Petitioner's "Motion to Fast Track Change of Jurisdiction" (docket number 51) which the Court will interpret as a motion to change venue.  Having considered the Motion, the Court finds that it is well taken and should be granted.  Accordingly, the undersigned hereby withdraws the Report and Recommendation entered on March 8, 2006, and hereby orders the Clerk of Court to transfer this matter to the United States District Court for the Southern District of Florida, in whose jurisdiction the Petitioner and his current custodian may be found.

    SO ORDERED, this the   31st   day of   May      , 2006.

                                                                        S/ James C. Sumner
                                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The proper Respondent is Constance Reese, the current Warden at the Federal Correctional Complex, Yazoo City, Mississippi, rather than Michael Pettiford, the former Warden.